TRINA A. HIGGINS, United States Attorney (#7349)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Michael.Thorpe@usdoj.gov

FILED US District Court-UT
FEB 14 '24 PM 03:18

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LATROI DEVON NEWBINS, <br><br> Defendant. | INDICTMENT <br><br> COUNT I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm. <br><br> Case: 2:24-cr-00035 <br> Assigned To : Sam, David <br> Assign. Date : 02/13/2024 <br> Description: USA v. Newbins |

The Grand Jury Charges:

### COUNT I
### 18 U.S.C. § 922(g)(1)
### Felon in Possession of a Firearm

On or about December 23, 2023, in the District of Utah,

LATROI DEVON NEWBINS,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Ruger, model P94/P944, .40 caliber pistol, and the firearm was in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
---
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

*[signature]*
---
MICHAEL J. THORPE
Assistant United States Attorney